HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
HAROLD WALLACE II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HAROLD WALLACE II, <br> Defendant. | Case No. 2:24-cr-00107-KJM <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION <br><br> Judge: Hon. Kimberly J. Mueller |

Pursuant to 18 U.S.C §3583(e)(1), and having confirmed with his supervising Probation Officer Mr. Wallac's good performance and progress while on supervised release, the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Wallace for the reasons set forth in his unopposed Pro Se and Supplemental Motions for Early Termination of Supervised Release.

DATED: July 30, 2025.

*/s/ Kimberly J. Mueller*
UNITED STATES DISTRICT JUDGE